UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MATTHEW DOMANN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

SUMMIT CREDIT UNION and
DOES 1-100,

    Defendants.

Case No.:  18-CV-167
CLASS ACTION

---

**JOINT MOTION TO EXTEND DEADLINE
FOR THE DEFENDANT SUMMIT CREDIT UNION
TO ANSWER THE COMPLAINT FILED MARCH 9, 2018**

---

    Defendant Summit Credit Union, by their attorneys and Plaintiffs, by their attorneys, pursuant to F.R.Civ.P. 6(b)(1)(B), respectfully move the Court for an Order extending Defendant Summit Credit Union's time to file an Answer to Plaintiff's Complaint to May 30, 2018.

    Such an extension will not unnecessarily delay these proceedings, as the original summons and complaint were filed with this court on March 9, 2018 (Doc. #1), and the original time to answer ran to April 30, 2018.

    Plaintiffs' counsel has agreed that they do not oppose this motion.

Dated this 30th day of April, 2018.

        s/    *William W. Ehrke*
WILLIAM W. EHRKE
State Bar No.:  1005619
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue #500
Milwaukee, WI  53203
Phone:  414-271-7722
Email:  wwehrke@crivellocarlson.com

**ATTORNEYS FOR SUMMIT**
 **CREDIT UNION**

s/  *Douglas P. Dehler*
Douglas P. Dehler, Esq.
State Bar No. 1000732
Laura J. Lavey, Esq.
State Bar No. 1079346
O'NEIL, CANNON, HOLLMAN,
DEJONG & LAING S.C.
111 East Wisconsin Ave., Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
Email: Doug.Dehler@wilaw.com
Email: Laura.Lavey@wilaw.com

*s/ Richard D. McCune*
Richard D. McCune, Esq.
CA Bar No. 132124*
Jae (Eddie) K. Kim, Esq.
CA Bar No. 236805*
McCUNE WRIGHT AREVALO LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Email:  rdm@mccunewright.com
Email:  jkk@mccunewright.com

2

*s/ Taras Kick*
Taras Kick, Esq.
CA Bar No. 143379*
Robert J. Dart, Esq.
CA Bar No. 264060*
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Phone: (310) 395-2988
Email:  Taras@kicklawfirm.com
Email:  Robert@kicklawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**Pro Hac Vice* applications to be submitted

3