AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Matthew Domann | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00167 |
| Summit Credit Union | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Summit Credit Union

Date: 05/07/2018

s/ Stuart M. Richter
*Attorney's signature*

Stuart M. Richter, SBN 126231
*Printed name and bar number*

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

*Address*

stuart.richter@kattenlaw.com
*E-mail address*

(310) 788-4400
*Telephone number*

(310) 788-4471
*FAX number*