UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MATTHEW DOMANN, individually, and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SUMMIT CREDIT UNION, and DOES 1-100,**<br><br>Defendants. | Case No.: 18-cv-167<br>Class Action<br>The Honorable William M. Conley<br>The Hon. Mag. Judge Peter A. Oppeneer |

**PLAINTIFF MATTHEW DOMANN'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Matthew Domann hereby moves this Honorable Court for entry of an Order to: (1) preliminarily approve the Settlement; (2) approve the proposed plan of notice to the Class; (3) appoint Kurtzman Carson Consultants to provide the notice and administration program outlined in the Settlement Agreement; and, (4) set a schedule of dates for further action on this Settlement Agreement, including a hearing pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to determine whether the proposed Settlement is fair, reasonable, and adequate and should be finally approved.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the accompanying Declaration of Taras Kick, the accompanying Declaration of Richard McCune, the accompanying Declaration of Arthur Olsen, the accompanying Declaration of Matthew Domann, other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may

1

allow.

Dated: June 21, 2019                                  Respectfully submitted,


/s/ Taras Kick
Taras Kick, *Pro Hac Vice*
Taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90404
Telephone:  (310) 395-2988
Facsimile: (310) 395-2088

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
**MCCUNE • WRIGHT • AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Douglas P. Dehler, Wisconsin Bar No. 1000732
Doug.Dehler@wilaw.com
**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202

*Pro Hac Vice applications to be submitted

Counsel for Plaintiff Matthew Domann and the Putative Class