UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| MATTHEW DOMANN, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>SUMMIT CREDIT UNION, and DOES 1-100,<br><br>           Defendants. | Case No.: 18-cv-167-wmc<br><br>Class Action<br><br>**The Honorable William M. Conley** |

---

**PLAINTIFF MATTHEW DOMANN'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Matthew Domann ("Plaintiff") hereby moves this Honorable Court for entry of an Order finally approving the Settlement Agreement reached between Plaintiff and Defendants attached as Exhibit 1 to the Declaration of Taras Kick in Support of the Unopposed Motion for Preliminary Approval. A hearing on this Motion, and Plaintiff's separately filed Motion for Final Approval of Attorneys' Fees, Costs, and Class Representative Service Award (Docket No. 72, filed on March 23, 2020 ["Motion for Fees"]), will take place by telephone on April 13, 2020, at 1:00 p.m.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Taras Kick filed in Support of the Motion for Fees (Docket No. 72-4); the Declaration of Richard McCune filed in Support of the Motion for Fees (Docket No. 72-2); the concurrently filed Supplemental Declaration of Kurtzman Carson Consultants LLC, the notice administrator in this matter; the concurrently filed Declaration of

Robert Weissman of Public Citizen Foundation; all documents related to the Motion for Preliminary Approval, including all supporting declarations, other documents and papers on file in this action; and, such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow.

Dated: April 6, 2020                                        Respectfully submitted,

/s/ Taras Kick
Taras Kick (*Pro Hac Vice*)
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088
Email: Taras@kicklawfirm.com

Douglas P. Dehler
Wisconsin Bar No. 1000732
Laura J. Lavey
Wisconsin Bar No. 1079346
O'NEIL, CANNON, HOLLMAN, DEJONG
& LAING S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Telephone: (414) 276-5000
Facsimile: (414) 276-6581
Email: Doug.Dehler@wilaw.com
Email: Laura.Lavey@wilaw.com

Richard D. McCune (*Pro Hac Vice*)
McCUNE WRIGHT AREVALO LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
Email: rdm@mccunewright.com

Attorneys for Plaintiff Matthew Domann
and the Class